B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Middle District of Florida

In re Dulce Abreu,                                    Case No. 13-07621-CCJ

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Ocwen Loan Servicing, LLC | OneWest Bank, FSB |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Ocwen Loan Servicing, LLC
ATTN: Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416-4605

Phone: 1-855-689-7367
Last Four Digits of Acct #: 267

Court Claim # (if known): 4-1
Amount of Claim: $287,495.78
Date Claim Filed: 07/31/2013

Phone: 
Last Four Digits of Acct. #: 4048

Name and Address where transferee payments should be sent (if different from above):
ATTN: Cashiering Department
Ocwen Loan Servicing
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Phone: 1-855-689-7367
Last Four Digits of Acct #: 267

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ ReShaundra M. Suggs                    Date: 12/31/2014
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 31, 2014, I served the foregoing document by U.S. Mail or CM/ECF, upon the following parties in interest as further indicated below:

**Kamilah M Jolly**, **Esq.**
Jolly Esquire, PLLC
7065 Westpointe Blvd
Suite 308
Orlando, FL 32835
(Via CM/ECF)

*Trustee*
**Laurie K Weatherford**
Post Office Box 3450
Winter Park, FL 32790
(Via CM/ECF)

*U.S. Trustee*
**United States Trustee - ORL7/13, 7**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801 (Via CM/ECF)

**Dulce Abreu**
4426 Cocopah Loop
Saint Cloud, FL 34772
(Via U.S Mail)

/s/ ReShaundra M Suggs
ReShaundra M Suggs, Esq.
CLARFIELD, OKON, SALOMONE & PINCUS P.L.

1